## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DR. SCOTT B. KALNIZ, D.D.S.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 2:09-CV-0561** |
| **v.** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **OHIO STATE DENTAL BOARD, et al,** | : | **Magistrate Judge Kemp** |
| | : | |
| **Defendants.** | : | |

### ORDER SETTING 65.1 STATUS CONFERENCE

This case is set for 65.1 Status Conference on **Wednesday, February 17, 2010,**

beginning at **10:00 a.m.** in the Court's Chambers, Room 319. Trial Counsel for the respective

parties are to appear and bring their trial calendars.

At the 65.1 Status Conference, the Court will address schedule of the preliminary

injunction hearing and any issues necessary for a speedy and just resolution of the pending

action. This Order supersedes any prior orders setting a status conference.

**IT IS SO ORDERED.**


   **s/Algenon L. Marbley**
**ALGENON L. MARBLEY, JUDGE**
**United States District Court**


**DATE: February 9, 2010**